# Daitona Carter (## ####)

(mobility + fluidity)10^2 = (inventing + launching)10 (Solution: Daitona)

daitona.linkedin@gmail.com

## Languages

| | |
|---|---|
| **English** | (Native or bilingual proficiency) |
| **Korean** | (Limited working proficiency) |
| **Spanish** | (Limited working proficiency) |
| **Chinese** | (Elementary proficiency) |
| **Japanese** | (Elementary proficiency) |

## Summary

1. MILLENNIAL.

2. First brick and mortar business in grade school.

3. I've been marketing since high school.

4. Became an "official" entrepreneur before freshman year.

5. #Bloomberg Businessweek.com featured my marketing deck# :-) Kind of cool...

MARKETING SKILLS

# Information Architecture: Wireframes, Mockups, Prototypes, User Personas, User Centered Design

# Consumer Strategy: Brand Awareness, Customer Acquisition, Relationship Programs, CRM
 / Database Management

# Outpost Marketing: Lead Development, Influence Outreach, Build Loyalty, Drive Conversions

# Online Communities: Community Development, Engagement Tactics, Community Platforms

# Social Media: Presence Management, Audit/Strategy, Presence Management, Branded Content,
 Conversations, Sentiment Analysis/Actionable Insights

# Content: Analysis & Strategy: Taxonomy, Metadata/Keywords, Search/SEO, Email Marketing

# Mobile Marketing: Concept Design, Location Based Services

# Data Analysis / Web Metrics: ComScore, Hitwise, Hootsuite, Google Analytics, Next Big Sound, Adobe
 Marketing Cloud, Omniture Insight, Webtrends, CoreMetrics, DoubleClick

TECHNOLOGY/ COMPUTER SCIENCE/ MANAGEMENT INFORMATION SYSTEMS:

# Languages: PHP, JavaScript, Node.js, HTML, XML, CSS, Perl, Python, ASP/VBScript,, C#, C++

# VCS: Subversion, CVS, Github

# Stacks/ Web: Cloud/AWS, Apache,

# DB: MySQL, SQLite, PostgreSQL, Microsoft SQL Server, Access, FileMaker Pro Dev, FoxPro

# Graphics: GIMP, Photoshop, InDesign, Muse

# Design Techniques: wireframes, storyboards,  rapid, iterative prototyping

# Report Tools: ActiveReport, Crystal Reports

# Business Intelligence: SAS Enterprise Miner, RapidMiner, Excel

DATA SCIENCE

# Predictive Modeling, Exploratory Data Analysis, Data Mining & Text Mining, Data extraction

---

## Skills & Expertise

**SEO**
**E-commerce**
**Social Media**
**Digital Marketing**
**Mobile Marketing**
**WordPress**
**Public Relations**
**Online Marketing**
**Dreamweaver**
**Digital Media**
**Online Advertising**
**PHP**
**Music Industry**
**Facebook**
**Digital Strategy**
**Music Production**
**Marketing Strategy**
**Event Planning**
**Event Management**
**Mobile Applications**
**Microsoft Office**
**CMS**
**Media & Entertainment**
**Microsoft Excel**
**PowerPoint**
**User Experience**
**XML**
**Advertising Sales**
**Microsoft Word**
**Pinterest**
**Administration**

**Web Applications**
**SQL**
**Travel Management**
**HTML + CSS**
**HTML5**
**DART**
**Travel Logistics**
**Social Media Marketing**
**Ruby**
**Information Systems**
**Agile Web Development**
**Scrum**
**New Media**
**Search Engine Optimization (SEO)**

---

## Volunteer Experience

**Technologist (Database Administration and Tech Trainer) + Special Event Planner  at   NYC Department of Education**

2015  -  Present

Technical Training and Leadership

• Establish regular communication with staff, principals, district administrators, and local        committees to disseminate information and gain feedback on technology integration and  needs of staff, volunteers and parents.

• Train volunteers and Corps members to use Google Apps and Microsoft Office Suite.

Database Design and Management

• Developed and implemented multiple Access databases containing a large number of records.

• Redesigned flat files (spreadsheets) to a relational database.

• Updated and restructured company web pages for more efficient use.

• Provided technical support for users

Data Acquisition

• Performed data entry, research, and utilized Excel formulas such as VLOOKUP to clean   school data and ensure accuracy to prepare  for system importing.

Technology Mentor

• Lending my technical know-how to teach digital literacy to an unserved community.

Public Relations / Event Planning

• Event planning and leadership for Asian Studies event.

---

## Projects
**My First Tech Lab Opening 2017**

July 2016 to Present

Members:Daitona Carter (##  ####)

#1. Mil Ro  –  Personal Robot for people who live alone (or lazy people).

#2. AI Parents  – Will teach you things like a new language using all that we know about the psychology of learning. One feature/component of this product taps into a $80B market.

#3. I hacked my iPhone and MBP to teach me Korean in an annoying way.

#4. Retail/Medical device  – I used digital technology to create a consumer/healthcare product for women (and possibly men). This accessory solves a problem many women have when wearing generic last shoes. I've way a way to prevent corns, callus, rigid hammertoes from forming + resolving the issue of keeping on high heels.

#5 AI Personal Research Assistant and Editor – "Studies" the topic for you and helps your edit the final paper.

#6 Digital Professor – Mashup of #2 and #5. The goal of the Digital Professor is to create a learning environment that meets the needs of digital natives. "Digital immigrants" sometimes find it hard to adjust to new generations of learners. Digital Professor will fill in the gap.  Additionally, Universities can use it to help minimize the workload of online teachers.

#7  Wellness Tech Company – Provides wellness opportunities to startups in NYC, SF, and LA. Anticipated profits from NYC is 1.9M in the first year (excludes add-ons). For the cost and services provided to start-up executives and all of its employees, I can't see anyone saying no.

#8 Non-Profit – I have an idea. It creates a "sub-economy" in underserved communities while providing small businesses with affordable ways to manage technology and business communications. Think e-commerce, web design, marketing, etc. The result creates entrepreneurs AND provides the community with the opportunity to receive non-taxable funds (a check with no taxes) in which they can use to start their business. Ages 12+

**Withheld - The Ultimate Language Learning System**

July 2016 to Present

Members:Daitona Carter (##  ####)

What is it?  A learning system that teaches the user to speak ANY foreign language within seven days.

How: Yeah right.

Is there a demand? The global language industry is an $80+ billion market, and language learning is a subset of that industry.

In which stage is the project? Stage one; concept, design, and technology are mapped out.

I submitted an application to Asian incubator because I need mentoring, an active network and the money to build a prototype. If I don't get selected for the incubator (hard to believe but * happens), I'm going to build the prototype in my living room. At that point, the highest bidder wins.

## Software Developer
July 2016 to Present
Members:Daitona Carter (##  ####)

Project: "Startup in a Box" - I will provide more details later. I may use it for an incubator competition.

Technologies (so far): Bootstrap, jQuery, jsPDF  and Telize

## Telephony Developer (SIP/Linux/VoIP/PBX)
Members:Daitona Carter (##  ####)

Project: Affordable phone system and SMS gateway for marketing agency

Developed virtual / cloud-based PBX and IVR messaging ran on AWS EC2.

Migrated critical infrastructure to cloud-based infrastructure.

Reduced marketing agencies telecom expenses by 82%.

Technologies: SOAP XML, RESTful services, Entity-Relationship Modeling, Database Design, Amazon S3, Amazon EC2,  IVR, SMS, MYSQL, JSON, technical architecture and design, UML.

## Software Tester- Performance Testing
Members:Daitona Carter (##  ####)

Project:

#1  Web Application for national online grocer

#2  Well-known online accounting software with over 1,600,000+ users*

Made recommendations and provided solutions.

Implemented enterprise-level testing application and conducted analysis.

Conducted troubleshooting of business and production issues.

Conducted testing procedures and wrote reports for presentation to teams.

Implemented business solutions and provided support.

Engaged in constant communication with stakeholders and senior management.

Leveraged knowledge of object-oriented programming to help validate, verify, communicate and resolve software issues through careful, thoroughly documented testing to maximize return on investment (ROI).

*pretty much told them how to fix a major problem.

## Amazon Web Services (AWS) Developer

Members:Daitona Carter (##  ####)

Project: Music library (Web App) for Music Publisher

Created new buckets per client / record label.

Used IAM Policies to Control Access client / record label.

Designed GUI (dashboard) to minimize need for the user to code or run command lines; upload, download, view/listen.

Technologies: Amazon S3, Amazon EC2, Amazon RDS with Amazon S3, JSON, HTML5, technical architecture and design, UML.

## Getting Things Done (GTD) Web App

Members:Daitona Carter (##  ####)

Draggable To-do-list

Functions:

1. Add task with or without description and select from deadline from pop-up calendar.

2. User can drag from pending to in process to complete.

3. To delete, the User  must drag to the trash area.

4. Text and Voice reminders*

5. Sync with email*

*feature coming

Environment: Runs locally. If needed, data can easily be retrieved or extracted.

Technology: HTML5, CSS, JQuery and Bootstrap.

Tools: Linux (Mac OS) and Sublime Text, Browser (Chrome)

## Database Designer / Analyst

2015 to Present

Members:Daitona Carter (##  ####)

Designed and deployed  IRS compliant Management Information System that allows taxpayers to manage tax deductible expenses such as those related food allergies and dietary restrictions.

Design:

Reviewed data requirements

Designed Conceptual, Logical and Physical data models

Performed Data analysis/Profiling to evaluate data and underlying data structures.

Documented and published the data dictionaries/Metadata, data models to ensure their correct implementation

Analyst:

Studied user requirements

Maintains data dictionary by revising and entering definitions

Ensures operation of equipment by completing preventive maintenance requirements; following manufacturer's instructions; troubleshooting malfunctions; calling for repairs; evaluating new equipment and techniques

Skills/Qualifications: Database Performance Tuning, Database Management, Requirements Analysis, Software Development Fundamentals, Problem Solving, Documentation Skills, Verbal Communication, Data Maintenance, Database Security, Promoting Process Improvement, System Administration

Technologies: MS Access, Google SQL, ASP.net, HTML, etc.

**USDA FNS - PRO BONO**

November 2016 to Present

Members:Daitona Carter (##  ####)

I'll never forget when I looked into franchising a Whole Foods Market. I had a conversation with "someone" who in a straightforward way told explained why I would never see a WFM in Harlem (opening), the Bronx or other "hood" areas missed by gentrification. That got me thinking. I developed a healthy food tech biz, but never acted on it. So, today I saw another opportunity to get real food to those who need it the most. I prototyped an e-commerce platform with the goal of allowing millions of SNAP recipients order their groceries online. I offered it to USDA FNS for free. #Giveback2America

If you are interested in helping me improve my design, shoot me a message.

---

## Experience

**Marketing (Digital + Social Media + Internet), Public Relations, Business Development Consultant  at Consultant for Multiple Companies**

2005  -  Present (12 years)

Digital Marketing and Public Relations Consultant

Advise and assist celebrity clientele, businesses and non-profit organizations with digital marketing, brand management, media coordination, and creative direction and web technologies.

Projects/Clients: City Of New York, NY Department of Health, Atlantic Records, American Apparel, MTVN, Wachovia Securities, Rihanna, Turner Classic Movies, Be Sickle Smart, Hillary Rodham Clinton, PEPSI, Save the Children, Armand de Brignac (Ace of Spades), Abyssinian Baptist Church, SkullCandy, UPS, Burger King, Dannon, Clear Channel, International Home Furnishing Store, National Online Grocers and other white label projects.

Titles: Sales and Marketing Manager, Business Development and Digital Strategist, VP of Sales and Marketing, Community Manager, Marketer and Public Relations Practitioner, Assistant E-Commerce Marketing Manager, Amazon Web Services Administrator / Programmer, Junior Software Engineer (Web and Mobile Apps)

Accomplishments:
- Lead aggressive media outreach efforts for new product launches and brand announcements; secured global placements
- Increased search marketing sales by 19% with a reduced budget of 10%
- Generated over $8MM in revenue for boutique business consultancy
- Marketing deck drove  $6MM business deal between client and national retailer
- Responsible for leading edge digital campaigns driving $2MM+ in yearly revenue
- Established and implemented a digital marketing strategy and as a direct result grew sales in 18-months from $10k to $150k

***Own 6 US businesses. Looking to launch three in South Korea by Summer 2017.

**STEM + AP Teacher  at   Thoth Academics**

September 2011  -  Present (5 years 6 months)

I have to do something with all the knowledge I've acquired over the years. I'm back to teaching part-time.

STEM

Math, Science (Physical + Bio), and Computer Tech for ages ten to googol. Ensured that each of my middle school students earned acceptance into top ranking High Schools in the U.S.

AP

Accelerated AP Courses for Gifted, IB, and Homeschooled Students -  Psychology, United States History, Government and Politics: United States and Computer Science Principles.

**Ethical Hacker  at   HackerOne (Member)**

May 2016  -  October 2016  (6 months)

I help companies protect their users and brand by finding common security holes.

Backstory - I got tired of doing it for free for businesses that had no interest in hiring anyone (especially me). HackerOne lets me rid myself of boredom, thus allowing me to get paid for what I know and enjoy. #sidehustle

## Business Analyst / Information System Analyst / Computer Hacking Forensic Investigator  at   Bits and Bytes NY

April 2015  -  July 2015  (4 months)

Business  Analyst / Information System Analyst
- • Provide ROI Analysis of marketing campaigns and sales activities.
- • Work on research projects that answer specific business questions.
- •  Applied data mining techniques using SAS and SQL to perform marketing campaign.
- • Develop and produce physical design of databases based upon logical data models by employing program and business requirements and analysis.
- • Information system strategies are aligned with the needs of stakeholders and internal team.
- • Research  and develops database administration; coordinate and align information systems with user objectives; develops and reviews standards and procedures
- • Monitor and report to management any deviation from procedures or policy; oversees and manages multiple concurrent projects.
- • Support internal operations, budget management, and project planning.
- • Manage efficient workflow while planning and preparing correspondence related to the position.
- • Developed and presented hardware and software prototype solutions for possible development.
- • Researched information technology to apply to new prototypes.
- • Developed client/server application using SQL
- • Evaluated Internet Web servers and developed dynamic database-driven HTML and PHP pages.
- • Served as systems designer, technical lead, principal architect for  third party IRS tax compliance technology prototype.

-----

Computer Hacking Forensic Investigator

Background: Business of Information Security, Cybercrime, Computer and Network Security, Forensic Technology, Database Design and Management and more.

Skills: Disk Imaging, Integrity Verification, Forensic Memory Analysis, Resurrecting Deleted Files, Metadata Analysis, Steganography and Covert Channels, Encryption, Network Forensics and Anti-forensics.

Tools: EnCase Imager, WinHex, P2 Commander, FTK Imager, Helix, Process, Explorer, FavoritesView, IECacheView, IECookiesView, BrowsingHistoryView, and MyLastSearch.

## Marketing and PR | Independent Contractor  at   Edelman

2008  -  2009  (1 year)

Multicultural Pitches and Outreach

- Wrote and edited pitch letters and press releases
- Initiated implementation of media events, press conferences/briefings, media tours, etc.
- Developed and executed global media relations and blogger outreach programs
- Pitched biggest idea and gained largest contract for multicultural department
- Provided one-on-one social media training and digital coaching to account executives
- Assisted with new business development and outreach, assist in client budgeting, daily media monitoring, client correspondence and event planning / execution.

Attending professional development training and workshops: Social Media, Press Release Writing, How to Pitch, etc.

**C-Level Executive Assistant (Senior Management) via Insight Staffing  at   Warner Music Group**
2005  -  2007  (2 years)

Multiple Positions at Warner Music Group  and Atlantic Records

C-level Executive Assistant, Warner Music Group:
CEO, SVP Legal Affairs, SVP Taxation and Finance, SVP Corporate Communications
(Conway, Tanos, Bronfman, Stockdale and others.)

Assistant A&R Manager, Atlantic Records, New York, NY

A&R Assistant (Part-time), Atlantic Records, New York, NY

Marketing Assistant (Part-time), Atlantic Records, New York, NY

**Senior Level Executive Assistant + Freelancer - In-House Temp and via PeopleFinders  at   MTV Networks**
2002  -  2007  (5 years)

Multiple positions over a period of five years including assistance to the General Manager and VP at LOGO (TV network.)

**Assistant Ecommerce Marketing Manager via Randstad  at   The Metropolitan Museum of Art**
2004  -  2005  (1 year)

- Focused on customer retention; developing and implementing loyalty-building and usage-driving retention programs
- Implemented and managed new and existing email communication programs
- Evaluated and analyzing current marketing efforts
- Determined consumer behavior/usage; creating analytical reports /presentations for senior management

- Identified change in markets and proposed a solution to the Manager
- Analyzed sales results; develop sales strategies based on analysis of market research
- Scheduled, wrote and managed page placements including graphics, text, video and links

**Marketing Assistant  at   Randstad USA**

2000  -  2005  (5 years)

   Key Temp Assignments: Wachovia Securities  and  PriceWaterCooper

**Constituent Affairs | Media Relations Intern  at   United States Senator Hillary Rodham Clinton**

2000  -  2001  (1 year)

**Junior Executive Assistant to VP of Finance | CO-OP  at   Arthur Andersen LLP**

1997  -  1998  (1 year)

---

## Education

**Yonsei University**

Korean Language and Literature

**Western New Mexico University**

Master of Business Administration (M.B.A.), International Business + Digital Technology

Grade:  A Student (no minus grade given at institution)

**Western New Mexico University**

Instructional Technologies and Design

**Cornell University - Johnson Graduate School of Management**

**University of Pennsylvania - The Wharton School**

**Syracuse University**

Applied Data Science

**Harvard Business School**

Non-Degree HBR Courses, Spreadsheet Modeling

**Western New Mexico University**

Master's degree

**Western New Mexico University**

Computer Hacking Forensic Investigator (CHFI investigator)

**Stanford University**

MOCC + Certificate Program

**City University of New York**

Bachelors

**Northeastern University**

Marketing/Marketing Management

**Dartmouth College - The Tuck School of Business at Dartmouth**

Bridge Program, Economics, Marketing, Finance, Financial Accounting

**Harvard University**

**University of New England College of Osteopathic Medicine (UNECOM)**

Post Baccalaureate Sequence, Pre-Medicine/Pre-Medical Studies

**ABC Training Center**

Nursing Assistant/Aide and Patient Care Assistant/Aide

Grade:  GPA 4.0

**City University of New York-Herbert H. Lehman College**

Electrocardiograph Technology/Technician

Grade:  GPA 4.0

**City University of New York-Herbert H. Lehman College**

Phlebotomy Technician/Phlebotomist

Grade:  GPA 4.0

**Rutgers University**

Spanish Language and Literature Courses

---

## Interests

new technologies, neuroscience, neuropsychology, physics (Geophysics, astrophysics, quantum-physics), astronomy, archaeology geodetics, and economics

---

## Organizations

**National Recording Academy of Arts and Sciences**
**American Bar Association**
**Association of National Advertisers**
**American Geophysical Union**
**U.S. Capitol Historical Society**
**New-York Historical Society**
**Psi Chi Honor Society**
**Marketing Research Association**

---

## Certifications

**Accredited Travel Agent**
IATA
**Accredited Travel Agent**
CLIA
**Basic Life Support (BLS) for Healthcare Providers**
American Heart Association
**HIPAA For Health Care Providers**

---

## Honors and Awards

**Deans List**
**Psi Chi**

---

# Daitona Carter (## ####)

(mobility + fluidity)10^2 = (inventing + launching)10 (Solution: Daitona)

daitona.linkedin@gmail.com

---



## **9** person has recommended Daitona

"Daitona Carter is a new media professional with an old soul. In the ever-evolving worlds of marketing, PR and social media, she not only knows the fundamentals, but also how to successfully apply those fundamentals on behalf of clients looking to properly capitalize in a new-school world. Daitona's business acumen and forward thinking ability to navigate a changing technological landscape are commendable and her confident personality is equally inspiring. I recommend Daitona."

— **Michael Conforti**, was with another company when working with Daitona at Consultant for Multiple Companies

"I would recommend Daitona Carter for any and all SEO needs. She is a consummate professional and extremely knowledgable in this area. My business was brought to new heights with the help of her expertise and I can't wait to work with her again."

— **Iyobosa Enpho**, *Songwriter, Enpho Music Publishing*, was Daitona's client

"Daitona is very knowledgeable in her field and is very punctual and detailed as well as professional at all times in what she does."

— **JIMI KENDRIX**, was Daitona's client

"Daitona is an innovative individual who possesses a wealth of knowledge and experience. She's an expert in tactical action, forecasting, and stimulating communication. I welcome working on projects with Daitona, it's always an welcome experience."

— **Garnette C.**, reported to Daitona at Consultant for Multiple Companies

"Daitona is by far one of the very best PR and SEO people out there. She's gotten me great results and has a great personality."

— **Koen Heldens**, was Daitona's client

""I've had the pleasure of knowing and working with Daitona for two years. Daitona has always been a key player when it came to creating and executing innovative marketing, advertising and public relations

campaigns for clients of all industries. Daitona's marketing skills had a major impact on projects for international-super stars such as Rihanna and Fortune 500 companies like Edelman, Burger King and UPS. She is also very skilled at building strong relationships with both internal and external customers.""

— **Soraya Burrell**, was Daitona's client

"I've worked with Daitona before and she is very concise. I love that she knows what she wants and not afraid to take risks. I'd love to work with her again in regards to actually marketing my company and see where that takes me because I do plan on doing a lot more work via the 'net until I relocate and I need more contacts on the East Coast. I look forward to reconnecting with her."

— **Ovie Oghenekevbe, MLA**, was Daitona's client

"I have seen Daitona's schedule and it is quite hectic, so when she asked for my assistance I had no problem jumping in, She is great with details and turnaround times that would otherwise crush people. She is very focused and goal oriented and very articulate she can tell you as a client what she wants, and how she wants it done. Something I greatly appreciate. She is also a dedicated friend , very honest , hold no punches type of young lady. She will tell you why something doesn't work for her, or in general with facts and proof to back it up."

— **Alexis Tai**, was a consultant or contractor to Daitona at Consultant for Multiple Companies

"Daitona is a very good business woman and knows how to handle ideas from the core to make them work and become successful in the industry.do not pass her up if you want to become successful he has the tools indeed"

— **8off  Agallah**, was with another company when working with Daitona at Consultant for Multiple Companies

Contact Daitona on LinkedIn