## Contact

daitona.linkedin@gmail.com

www.linkedin.com/in/daitonacarter
(LinkedIn)
github.com (Other)
bit.ly (Other)
daitonacarter.com (Personal)

## Top Skills

SEO

Social Media

Digital Marketing

## Languages

English (Native or Bilingual)

Korean (Limited Working)

Spanish (Limited Working)

## Certifications

Accredited Travel Agent

Accredited Travel Agent

HIPAA For Health Care Providers

Basic Life Support (BLS) for
Healthcare Providers

## Honors-Awards

Deans List

Psi Chi Honor Society

GLO-BUS Global Top 100 Overall
Game-To-Date Score (Global
Strategy)

Delta Mu Delta International Honors
Society

# Daitona (데이토나) Carter (카터)

New Businesses / Research & Development - creating new business ops + R&D activities to bring about innovations. (In US right now = Media/Ent projects).
Korea

## Summary

1. MILLENNIAL.
2. First brick and mortar business in grade school (partnered w adult).
3. Marketing since high school.
4. Became an "official" entrepreneur before freshman year.
5. ☞Bloomberg Businessweek.com featured my marketing deck✉ :-) Kind of cool...

MARKETING SKILLS
■ Information Architecture: Wireframes, Mockups, Prototypes, User Personas, User Centered Design

■ Consumer Strategy: Brand Awareness, Customer Acquisition, Relationship Programs, CRM
/ Database Management
■ Outpost Marketing: Lead Development, Influence Outreach, Build Loyalty, Drive Conversions

■ Online Communities: Community Development, Engagement Tactics, Community Platforms
■ Social Media: Presence Management, Audit/Strategy, Presence Management, Branded Content, Conversations, Sentiment Analysis/ Actionable Insights

■ Content: Analysis & Strategy: Taxonomy, Metadata/Keywords, Search/SEO, Email Marketing
■ Mobile Marketing: Concept Design, Location Based Services
■ Data Analysis / Web Metrics: ComScore, Hitwise, Hootsuite, Google Analytics, Next Big Sound, Adobe Marketing Cloud, Omniture Insight, Webtrends, CoreMetrics, DoubleClick

TECHNOLOGY/ COMPUTER SCIENCE/ MANAGEMENT INFORMATION SYSTEMS:
■ Languages: PHP, JavaScript, Node.js, HTML, XML, CSS, Perl, Python, ASP/VBScript, C#, C++, GO
■ VCS: Subversion, CVS, Github
■ Stacks/ Web: Cloud/AWS, Apache,
■ DB: MySQL, SQLite, PostgreSQL, Microsoft SQL Server, Access, FileMaker Pro Dev, FoxPro
■ Graphics: GIMP, Photoshop, InDesign, Muse
■ Design Techniques: wireframes, storyboards,  rapid, iterative prototyping
■ Report Tools: ActiveReport, Crystal Reports
■ Business Intelligence: SAS Enterprise Miner, RapidMiner, Excel

DATA SCIENCE
■ Predictive Modeling, Exploratory Data Analysis, Data Mining & Text Mining, Data extraction

─────

# Experience

Undisclosed Holding Company
President
February 2016 - Present
United States

저는 미국의 사업가이자 컨설턴트입니다. 저의 주 업종은 엔터테인먼트, 기술, 교육 파트 입니다. 현재 저는 한국에서의 두가지 프로젝트건이 있습니다. 첫째는 인공지능쪽 기술 스타트업이고, 두번째는 글로벌 셀럽들이 관심있어하는 한국의 사업에 대해 컨설팅 서비스를 제공하고 있습니다. 추가로 더 알고 싶으시다면 메세지 회신바랍니다.

Organization 1
- Personalized concert/tour experiences within the Korean Music (kMusic) space which includes KPOP, kHipHop, knB, and kRock.
- kMusic promotion
- kInfluencers + local business partnerships
*Due to increased demand, we created an in-house KPOP "clothing line" with matching concert merchandise. Countries: United States, Canada, Brazil,

Mexico, Malaysia, United Kingdom, France, Japan, South Korea, Hong Kong, Singapore, and the Philippines.

Organization 2

An intimate global community of loyal and registered kMusic fans to artists like BTS, NCT127, Twice, Jay Park, Day6, EXO, Monsta X, SIK-K, etc.
- Philanthropic activities within the KPOP community in over 20 countries.

Organization 3

- Consultant to music managers, Grammy-nominated producers and platinum recording artists seeking opportunities in Korea; market research and leads, communication with South Korean entertainment professionals and acting booking agent.
- Investor to Korean<>American ventures.
- Acting Manager to two Korean American entertainers-  artist music campaigns; global release schedules, promo, social media, press, marketing and touring +  tour support.

Organization 4

- Fan engagement and activation technologies. (Developmental stage)

*I could not find an APAC MBA internship that focused on my interest and strongest skill,  "global strategy", so I had to create one. I ended up with a few unexpected business opportunities and hundreds of customers. I am very grateful for the real-time learning experience and look forward to working with executives within the region. As of January 2020, businesses 1 and  2 will be run by the "community" (they are pretty much automated thanks to AI) and I will continue on with networking and seeking out new opportunities in the Asia-Pacific region.

Undisclosed Multinational Tech Start-up
Founder and Engineer
July 2016 - Present

Think, create, test...
Wearables, edtech, and other consumer electronics. 2020 ~ revising design + updating patents.

Consultant to Multiple Companies
Social Media Marketing | Digital PR | Business Development
2005 - Present

Inclusive list of projects: City Of New York, NY Department of Health, American Apparel, Rihanna, Turner ClassicMovies, Be Sickle Smart, PEPSI, Save the Children, Armand de Brignac (Ace of Spades), Abyssinian Baptist Church,SkullCandy, UPS, Burger King, Dannon, Clear Channel, Home Goods, FreshDirect, over 50 well-known media executives, professional NBA/NFL athletes, and celebrities.

Thoth Academics
STEM + AP Teacher
2011 - 2017 (6 years)

Edelman
Marketing and PR | Independent Contractor
2008 - 2009 (1 year)

Warner Music Group
C-Level Executive Assistant (Senior Management)/Atlantic A&R and Marketing Dept
2005 - 2007 (2 years)

Multiple Positions at Warner Music Group  and Atlantic Records

C-level Executive Assistant, Warner Music Group:
CEO, SVP Legal Affairs, SVP Taxation and Finance, SVP Corporate Communications
(Conway, Tanos, Bronfman, Stockdale and others.)

Assistant A&R Manager, Atlantic Records, New York, NY

A&R Assistant, Atlantic Records, New York, NY

Marketing Assistant, Atlantic Records, New York, NY

Viacom
Senior Level Executive Assistant + Freelancer + In-House Temp
2002 - 2007 (5 years)

Multiple positions over a period of five years including assistance to the General Manager and VP at LOGO (TV network.)

The Metropolitan Museum of Art
Assistant Ecommerce Marketing Manager via Randstad
2004 - 2005 (1 year)

Randstad USA
Marketing Assistant
2000 - 2005 (5 years)

Key Temp Assignments: Wachovia Securities  and  PriceWaterCooper

Hal Leonard LLC
Assistant (Book Editor and Public Relations)
May 2002 - September 2003 (1 year 5 months)
Greater New York City Area

Hal Leonard/Cherry Lane Music/ Applause Theate & Cinema Books
Hal Leonard is the world's largest music publisher. In its catalog of more than 1 million available titles, Hal Leonard represents many of the world's best known and most respected publishers, artists, songwriters, arrangers and musical instrument manufacturers. Its products are sold in more than 65 countries throughout the world through Hal Leonard offices and a large network of distributors. Domestically, the company markets to more than 7,500 music stores in the United States and Canada through a team of 50 in-house sales representatives.

Cherry Lane Music developed a wide range of high-quality sheet music, DVDs, and educational tools for musicians. In March 2010, Cherry Lane was acquired by BMG Rights Management, which had been formed in 2008 jointly by Bertelsmann AG and Kohlberg Kravis Roberts & Co. BMG operated Cherry Lane as a subsidiary.

Applause is America's foremost publisher of theatre and cinema books. Books range from biographies of film and theatre luminaries, to play scripts, librettos, monologue books, and explorations of film and theatre history.

United States Senate
Constituent Affairs | Media Relations Intern
2000 - 2001 (1 year)

Hillary Rodham Clinton

Arthur Andersen & Co.
Junior Executive Assistant to VP of Finance  | CO-OP (High School: Sophomore)
1997 - 1998 (1 year)

———

## Education

Yonsei University

Korean Language

USC Gould School of Law

Business Law

Western New Mexico University

Master of Business Administration (M.B.A.), International Business + Digital Technology

Western New Mexico University

Instructional Technologies and Design

Johnson Graduate School of Management at Cornell