

| Name | Size | Modified |
|---|---|---|
| 1.wav | 40.0 kB | 25 Oct 2017 |
| 2.wav | 38.6 kB | 25 Oct 2017 |
| 3.wav | 38.4 kB | 25 Oct 2017 |
| test_ask.py | 468 bytes | 25 Oct 2017 |
| test_multiple.py | 625 bytes | 25 Oct 2017 |