

```
tesseract_exe_name = 'tesseract' # Name of executable to be called at
command line
scratch_image_name = "temp.bmp" # This file must be .bmp or other Tesseract-
compatible format
scratch_text_name_root = "temp" # Leave out the .txt extension
cleanup_scratch_flag = True  # Temporary files cleaned up after OCR
operation

def call_tesseract(input_filename, output_filename):
    """Calls external tesseract.exe on input file (restrictions on types),
    outputting output_filename+'txt'"""
    args = [tesseract_exe_name, input_filename, output_filename]
    proc = subprocess.Popen(args)
    retcode = proc.wait()
    if retcode!=0:
        errors.check_for_errors()

def image_to_string(im, cleanup = cleanup_scratch_flag):
    """Converts im to file, applies tesseract, and fetches resulting text.
    If cleanup=True, delete scratch files after operation."""
    try:
        util.image_to_scratch(im, scratch_image_name)
        call_tesseract(scratch_image_name, scratch_text_name_root)
```