⌂    🔒 mail.google.com/mail/mu/mp/    5    ⋮

**Upgrade to a smarter Gmail**
Secure, fast & organized email    **OPEN**

'youno...    ⬇    🗑    ▾

Daitona Carter (카터 데이토나):

Congratulations. Your application -- ▮▮▮▮▮▮ "Aria" -- has been successfully submitted to Entrepreneurship World Cup on June 15, 2019, ▮▮▮ am (UTC).

You are now officially entered into your country's Entrepreneurship World Cup competition where you will be competing for national prizes and a shot to represent your country at the Global Finals in November at the Misk Global Forum during Global Entrepreneurship Week.

To view your application, follow the secure link below:
http://platform.younoodle.com/client/entry-rounds/entrepreneurship_world_cup/entries/▮▮▮▮▮▮▮▮/checklist

*Note: Your application documents are private, secure, and can only be accessed by the relevant program judges and organizers.*

Good luck!

**Top Tips:**

*For any questions regarding the process of Entrepreneurship*

^                                +