# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SOLOS TECHNOLOGY LIMITED,**
 *Plaintiff,*

 **v.**
               **Case No. 1:26-cv-10304-ADB**
                Judge Allison D. Burroughs

**META PLATFORMS, INC., et al.,**
 *Defendants.*

**In re: DAITONA CARTER**
 *Proposed Intervenor.*

### EXHIBIT L: FORENSIC MAP OF FINANCIAL INTERDEPENDENCE

Movant submits Exhibit L as forensic proof of the Identity of Interest between the parties and identifies the Twilio Inc. communication conduit allegedly utilized for the 2019–2020 API activity reflected in Movant's business records. These materials are offered to support an asserted identity of interest among the parties and the need for a threshold inquiry into Plaintiff's standing.

**EXHIBIT L: FORENSIC MAP OF FINANCIAL INTERDEPENDENCE**

| Forensic Link | Verified Connection & Event Date | Direct Public Plain-Text URL (Source) |
|---|---|---|
| Solos & Kopin Corp. | **Asset Purchase Agreement** (Sept 30, 2019) documenting the spinoff of "Aria" (Solos) and "MirrorMixing/Acoustic Logic" (Whisper Audio) assets. | https://www.sec.gov/Archives/edgar/data/771266/000077126620000008/kopn-20192812xexx1019.htm |
| Meta & CoreWeave | **$35.2B Cumulative Commitment**: A ~$14.2B agreement (Sept 2025) and a **$21B expansion** (April 9, 2026) for AI cloud capacity through 2032. | https://investors.coreweave.com/news/news-details/2026/CoreWeave-and-Meta-Announce-21-Billion-Expanded-AI-Infrastructure-Agreement/default.aspx |
| Apollo & Meta | Apollo Global Management in talks (Feb 2025) to lead a **$35B financing package** for Meta's U.S. data center expansion. | https://www.reuters.com/technology/meta-talks-raise-35-billion-data-center-financing-led-by-apollo-bloomberg-news-2025-02-27/ |
| Apollo & BNP Paribas | Strategic collaboration for **$5 Billion in credit origination** (Sept 2024), bridging the data wipes (Apollo) to the case financiers (BNP). | https://usa.bnpparibas/en/apollos-atlas-sp-and-bnp-paribas-announce-5-billion-strategic-collaboration/ |
| Bending Spoons (Evernote) | Bending Spoons acquired Evernote in Jan 2023, moving operations and 11 billion notes to Milan, Italy. | `https://www.willkie.com/news/2023/01/willkie-advises-bending-spoons-in-acquisition` |
| Bending Spoons (Meetup) | Bending Spoons acquired Meetup in Jan 2024, securing the record of Movant's 2019-2023 networking and patent workshop logs. | `https://finance.yahoo.com/news/italys-bending-spoons-scoops-social-153103546.html` |
| BNP & Bending Spoons | BNP Paribas acted as lead financier for the **$2.8B debt package** used by Bending Spoons to acquire AOL from Apollo-backed Yahoo. | https://pitchbook.com/news/articles/bending-spoons-lines-up-3b-debt-package-backing-aol-buy-from-yahoo |
| Wells Fargo Breach | An employee transferred sensitive data for **only two targeted individuals** (Movant confirmed via 2022 letter; likely split profiles) to a personal email on Dec 31, 2021. | https://lebelaw.com/wp-content/uploads/2022/06/Wells-Fargo-Complaint.pdf |

**The Meta-Apollo-Twilio Infrastructure Bridge**

| Connection | Documented Link & Verified Facts | Forensic Significance to Movant |
|---|---|---|
| Twilio & Meta | Twilio provides the primary API infrastructure for Meta's WhatsApp Business API and Conversions API. | Links your business 2FA and communication logs directly to Meta's internal surveillance and AI harvesting tools. |
| Apollo & Meta | Apollo Global Management led initial talks for a $35 billion financing package for Meta's AI data centers in Feb 2025. | Establishes Apollo as a primary stakeholder in the success of Meta's smart glasses, creating a motive for Yahoo (Apollo-owned) data wipes. |
| Twilio & Apollo | Apollo (via ATLAS SP) and BNP Paribas (Bending Spoons' financier) have a $5B strategic collaboration. | Connects the "supply chain" of your data directly to the asset managers funding the litigation. |