UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SOLOS TECHNOLOGY LIMITED,**
　　*Plaintiff,*

　　**v.**

**META PLATFORMS, INC., et al.,**
　　*Defendants.*

**Case No. 1:26-cv-10304-ADB**
Judge Allison D. Burroughs

**In re: DAITONA CARTER**
　　*Proposed Intervenor.*

**DECLARATION OF DAITONA CARTER IN SUPPORT OF MOTION FOR RECONSIDERATION PURSUANT TO FED. R. CIV. P. 60(b)**

I, Daitona Carter, declare as follows:

1. I am the Movant in this matter. I submit this declaration in support of my Motion for Reconsideration and related requests for relief concerning the denial of intervention.

2. The statements in this declaration are based on my personal knowledge, review of records in my possession, and familiarity with the development of the materials referenced herein.

3. The exhibits referenced in the Master Evidence Index (Exhibit M-71) consist of materials created, collected, or maintained by me in connection with my technical and research activities spanning approximately 2009 through 2019.

4. Procedural Error and Mootness: On April 13, 2026, the Court granted me Leave to File evidence but did not set a specific deadline. I was actively preparing to submit this evidence when I was blocked by external interference. Furthermore, my pending motions for In Camera Protective Orders—necessary to submit evidence containing Trade Secrets and IP locations without public exposure—were

never ruled upon. The denial of intervention rendered these motions moot, leaving me with no legal mechanism to submit the evidence safely. This procedural failure directly contributed to the inability to present the evidence.

5.**Active Spoliation and Inaccessibility:**

•**Current Event:** On April 16-17, 2026, my primary evidence repository (Evernote) became inaccessible. The dashboard failed to load, preventing access to the files.

•**Historical Event:** I suffered a catastrophic loss of data during a staged evaluation and unlawful detention for reporting this exact crime and others on October 21, 2024, at the Camden Brickell apartment. During this incident, I was questioned about my technical knowledge (specifically regarding **Python**), and critical backup data was subsequently lost. This event is documented in the related proceeding involving the same premises and parties, Carter v. Camden Brickell, Case No. 24-CA-XXXXX (Fla. Cir. Ct.), in which I was an affected party.

•**Current Status:** While I retain the original copies of the evidence, they are currently held in an offsite location. Due to my limited mobility and the ongoing interference, I am physically unable to retrieve these originals to submit them to the Court at this time.

6.**Basis for Intervention and Irreparable Harm:** The recovered evidence demonstrates that I am either the source of the derivation of the Defendants' inventions or an omitted co-inventor who contributed to the conception of essential features (specifically the optical architecture and real-time translation logic). Under 35 U.S.C. § 256, my omission from the patent claims renders the patents invalid unless corrected, giving me a direct protectable interest in this case.

•**Irreparable Harm:** If I am not allowed to intervene, I will suffer irreparable harm. Solos is suing Meta over IP that I likely own. Furthermore, Solos's IP is derivative of my work. If the Court allows Solos to proceed without me, it risks validating a patent that is invalid because it omits the true inventor. This would permanently strip me of my rights and allow Solos to profit from stolen technology.

7.I have organized the materials into **Evidence Table** to provide a chronological index, and **Timeline Comparison Chart** to provide a technical mapping between my documented work and the features described in the asserted systems.

8.I respectfully submit that this evidence was not fully accessible at the time of my earlier submissions and that its inclusion is necessary for the Court's complete understanding of the record and to correct the judicial error.

9.I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: April 17, 2026

Signature: /s/ Daitona Carter

Daitona Carter Pro Se Proposed Intervenor
legal@daitonacarter.com