**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**SOLOS TECHNOLOGY LIMITED,**
 *Plaintiff,*

  **v.**
               **Case No. 1:26-cv-10304-ADB**
                 Judge Allison D. Burroughs

**META PLATFORMS, INC., et al.,**
 *Defendants.*


**In re: DAITONA CARTER**
 *Proposed Intervenor.*

**TIMELINE COMPARISON CHART**

| Year | Movant Milestone (Key Exhibits) | Solos | Meta |
|---|---|---|---|
| 2013 | Context-aware AV/ad-insertion (M-1) | — | — |
| 2016 | Nurture + public "AI parents" post (M-3, M-76/77) | — | — |
| 2017 | **Full prototype cluster** (Oct 2017): 5-week post with Samsung/Oracle/NAVER viewers (M-88/M-8), optics/Snell's Law (M-74/M-12), frame assembly (M-6/M-50), Discovery/Geo AR (M-17/M-18), Samsung sensor specialist outreach (M-15), Alpha Labs CEO outreach (M-24/M-89), cut-glass experiment (M-102), physical glasses photo (M-32/M-83/M-103), DLP diagram (M-81), public LinkedIn prototype post (M-90) | — | — |
| 2018 | Thermal eye-tracking STL (M-97) | — | — |
| 2019 | "**Meet Aria**" deck + patent meetup (M-52–54, M-98) | — | — |
| 2020 | Samsung patent published (M-100) + LinkedIn outreach | — | Project Aria announced |
| 2021 | Federal notices to Cruz/agencies (M-84–87), Ring logs (M-39), Twitter to Andrew Bosworth (M-59) | — | Ray-Ban Meta collab |
| 2023 + | Ongoing interference documentation | AirGo launches | Consumer Ray-Ban Meta glasses |