## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SOLOS TECHNOLOGY LIMITED,**
　　*Plaintiff,*

　　**v.**

**META PLATFORMS, INC., et al.,**
　　*Defendants.*

**Case No. 1:26-cv-10304-ADB**
Judge Allison D. Burroughs

**In re: DAITONA CARTER**
　　*Proposed Intervenor.*

## EVIDENCE TABLE

| Exhibit No. | Date | Description (Short) | Legal Purpose |
|---|---|---|---|
| M-51 | 2009 | MirrorMixing Case Study – Waves H(ybrid)-Compressor plugin | Prior work and research with DSP/audio |
| **M-1** | **2013-03-17** | "How to add Ads to videos without distorted" (ASR-driven contextual ad insertion) | **Earliest documented conception** of context-aware AV system |
| M-3 | 2016-07-27 | "Nurture by Breaking Barriers" – NLP real-time translation wearable | Conception of AI language translation device |
| M-76/ M-77 | 2016-12-01 | LinkedIn post: "AI parents (will teach new language)" + full project list | Earliest **public** conception of AI language device |
| M-75 | 2016-10-16 | Translation interface (Korean "빵" → "Bread") | Early translation app proof |
| M-78 | 2016–2017 | Translation notes (Korean/English phrases + grammar) | Language feature development |
| M-73 | 2017-01-29 | AI language teaching software ("<3 days") | AI instruction conception |
| M-93 | 2017-02-17 | app.py – Twilio SMS integration code | Communication infrastructure / source code |
| M-92 | 2017-05-02 | pythonOCRimageToText (ocr.py + test images) | Optical character recognition source code |
| M-30/ M-95 | 2017-04-19 | PHP linguistic engine (chinese_nouns.php, grammar, etc.) | Language processing backend |
| M-96 | 2017-07-25 | "Object Detection and Recognition" (YouTube skeletal mapping) | Computer vision / object recognition conception |
| M-80/ | 2017 | Korean Real World Learning | Translation feature development |

| Exhibit No. | Date | Description (Short) | Legal Purpose |
|---|---|---|---|
| M-61 | | spreadsheet (vocabulary phrases) | |
| M-56 | 2017-01-11 | RPi Speech directory (speechAnalyser.py etc.) | Speech processing source code |
| M-88/ M-8 | 2017-10-08 | LinkedIn post: "five weeks to have a working prototype" (979 views; Samsung/Oracle/NAVER viewers) | Public diligence + industry interest |
| M-74/ M-13 | 2017-10-07 | Blog Entry 9 – Snell's Law, lens design, optics video | Optical engineering + public disclosure |
| M-12 | 2017-10-11 | Reflection and refraction notes (Snell's Law) | Optical physics conception |
| M-6 | 2017-10-04 | "Build a frame 3x thickness" (Maker Lab) | Frame engineering |
| M-42 | 2017 | Smart Glasses Bookmarks / Links.txt (OpenCV, RPi) | Software/hardware planning |
| M-79 | 2017-10 | LinkedIn outreach to ODG (Ralph Osterhout) & NAVER Corp | Diligence & industry collaboration |
| **M-15** | **2017** | LinkedIn profile – JeongSu Dennis HAN, Ph.D., Sensor Specialist at Samsung Electronics | **Third-party engagement / potential access** |
| **M-24** | **2017-10-21** | LinkedIn profile – Junhee Lee, CEO of The Alpha Labs Inc (optics/smart glasses) | Industry outreach (smart glasses collaboration) |
| M-89 | 2017-10-21 | Alpha Labs smart-glasses collaboration invitation | Industry engagement |
| M-90 | 2017-10-26 | LinkedIn post with prototype video + lab notes link | Public disclosure of functional prototype |
| M-18/ M-19 | 2017-10-26 | "Geo AR" + Arducam/RPi camera sourcing | Location-based AR + hardware procurement |
| M-17 | 2017-10-23 | "Discovery Mode" (OpenCV object detection + overlay) | Gaze-based recognition |
| M-50/ M-10 | 2017-10-27 | Lens & mirror mount assembly log + optical stack sketch | Physical reduction to practice |
| M-21/ M-22 | 2017-10-27 | 1.22-inch MIPI DSI display + assembly notes | Component selection & assembly |
| M-27/ M-29 | 2017 | Solar Temple Arm rendering + handwritten ergonomic specs | Wearable frame design |
| M-81 | 2017 | DLP NIRscan Nano Optical Architecture diagram | Detailed optical system design |
| M-82 | 2017 | Hand-drawn whiteboard eye diagram | Optical engineering sketch |
| M-94 | 2017 | Hand-drawn sketch: "Concave vs Convex Lenses" + solar panel | Optical design (lenses + power) |
| M-102 | ~2017 | Text message: "trying to cut glass. | Physical experimentation |

| Exhibit No. | Date | Description (Short) | Legal Purpose |
|---|---|---|---|
| | | Knife won't work. I need laser." + goggles photo | |
| M-11 | 2017 | Hacksaw tool (used for prototype frame/glass work) | Physical prototyping tool |
| M-103 | 2017 | Prototype frames description + glasses photo ("won't make you look like a douchebag") | Standalone wearable design + photo |
| M-32/ M-83 | 2017 | Black & white prototype glasses photo | Actual reduction to practice |
| M-97 | 2018-02-01 | ThermalEyetap_STL_Files.zip (3D-printable thermal eye-tracking) | Gaze/thermal interaction prototype |
| M-98 | 2019-04-17 | Meetup: "LEARN THE STEPS TO PATENT, PITCH, PRODUCE & FUNDING" | Public commercialization & patent diligence |
| M-52/ M-53/ M-54 | 2019 | "Meet Aria" pitch deck (Pages 1–3) – branding + full feature roadmap | **Prior "Aria" mark** + features predating Meta |
| M-104 | 2020-08-31 | LinkedIn connection acceptance – BACKYOUNG HEO (CEO, Bithumb Korea) | Industry outreach / visibility |
| **M-100** | **2020-12-15** (pub. 2018) | Samsung U.S. Patent 10,866,417 B2 – see-through display apparatus | **Temporal overlap + alleged copying** of Movant's Oct 2017 LinkedIn prototype post |
| M-36 | 2017–2021 | DuckDuckGo search "daitona carter" – public slides | Online visibility & public disclosure |
| M-38 | 2017+ | Post/message to Mark Zuckerberg (@zuck) about the project | Pre-litigation assertion of rights |
| M-59 | 2021-04-24 | Twitter post tagging @boztank & @fb about theft of $68B Project ARIA | Public assertion of theft |
| M-44 | 2017 | Jin Jordan / meeting location document | Outreach / collaboration documentation |
| M-84/ M-85/ M-86 | 2021-01-02 | Guerrilla Mail to Sen. Cruz (theft allegations) | Timely federal notice |
| M-87 | 2021-01-05 | Gmail to FBI/SEC/DOJ/CIA/etc. (multi-agency notice) | Formal misappropriation notice |
| M-39 | 2021-04-26 | Ring Alarm logs (95 pages – access code tampering) | Documented interference |