# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**SOLOS TECHNOLOGY LIMITED,**
    *Plaintiff,*

    **v.**

**META PLATFORMS, INC., et al.,**
    *Defendants.*

**Case No. 1:26-cv-10304-ADB**
Judge Allison D. Burroughs

**In re: DAITONA CARTER**
    *Proposed Intervenor.*

## NOTICE OF FILING OF ADDITIONAL EXHIBITS

Proposed Intervenor Daitona Carter hereby files the remaining exhibits in support of the Motion for Reconsideration previously filed.

These additional exhibits consist of contemporaneous technical documents, prototype records, source code, photographs, and related materials that were recovered and organized after the initial filing due to prior technical and storage access limitations.

All exhibits are labeled as Exhibit M-1 through M-104 and are filed herewith.

Respectfully submitted,

**/s/ Daitona Carter**
Daitona Carter
Pro Se Proposed Intervenor
legal@daitonacarter.com
Dated: April 17, 2026