**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**SOLOS TECHNOLOGY LIMITED,**
  *Plaintiff,*

**v.**                                          **Case No. 1:26-cv-10304-ADB**
                                                Judge Allison D. Burroughs

**META PLATFORMS, INC., et al.,**
  *Defendants.*


**In re: DAITONA CARTER**
  *Proposed Intervenor.*


**EMERGENCY MOTION TO VACATE APRIL 15, 2026**
**ORDER DENYING INTERVENTION, STAY APRIL 22, 2026**
**PROCEEDINGS, AND REFER FOR WITNESS SAFETY PROTECTION**


Movant Daitona Carter, pro se, respectfully moves this Court for emergency relief to vacate its April 15, 2026 Order denying intervention, stay all proceedings including the April 22, 2026 dismissal hearing, and refer Movant for safety protection. This relief is required to correct clear procedural error, prevent manifest injustice, and address credible physical threats.

**I. Procedural Error In Ruling While Leave To File And Protective Motions Were Pending**

On April 13, 2026, the Court granted Movant leave to file additional materials in support of intervention. Approximately 49 minutes later—while Movant was recovering from recent physical injuries and while a Petition for Writ of Mandamus was being docketed in the First Circuit (Docket No. 26-136)—the Court issued its April 15 Order denying intervention. At that time, Movant's motions for in camera review and protective orders regarding over 60 material exhibits remained pending and unaddressed.

This accelerated ruling deprived Movant of a meaningful opportunity to submit protected evidence and constitutes a procedural due process error warranting vacatur. See Fed. R. Civ. P. 60(b).

## II. Need For Stay Due To Injury And Pending Evidentiary Submission

Movant is recovering from physical injuries arising from criminal assault and civil battery and intimidation tied to this matter, as set forth in the attached Declaration. These injuries impaired timely filing. The Court's prior Order noted deficiencies in the evidence while providing no mechanism or deadline for submission of the safeguarded exhibits. A limited stay is necessary to allow full evidentiary review.

## III. Subject Matter Jurisdiction Defect Under 35 U.S.C. § 256

Movant's senior inventorship claims, supported by chain-of-custody evidence in the 60+ exhibits, must be resolved before this Court can adjudicate the underlying patent dispute. Proceeding to dismissal without addressing these threshold issues risks rendering any judgment void for lack of jurisdiction. See 35 U.S.C. § 256.

## IV. Request For Safety Referral

Movant formally notifies the Court of escalating physical threats and interference. Pursuant to the Court's inherent authority and applicable federal law (including provisions for witness protection), Movant requests immediate referral to the United States Marshals Service for evaluation and protective measures.

## REQUEST FOR RELIEF

Movant respectfully requests that the Court:

1. Vacate the April 15, 2026 Order denying intervention;

2. Stay all proceedings, including the April 22, 2026 hearing, pending submission and review of the protected exhibits and appellate proceedings; and

3. Refer this matter to the U.S. Marshals Service for witness safety protection.

Movant requests expedited consideration given the imminent hearing date and ongoing safety risks. A proposed order is attached.

**DECLARATION**

I, Daitona Carter, declare under penalty of perjury that the foregoing is true and correct. I am currently recovering from physical injuries that hindered compliance with prior filing deadlines.

Executed on April 20, 2026.

/s/ Daitona Carter

Daitona Carter, Pro Se
legal@daitonacarter.com (Public Correspondence)
[Address Withheld Pursuant to TVPA and 18 U.S.C. § 3521 Safety Referral]

**CERTIFICATE OF SERVICE PURSUANT TO LR 5.2**

I hereby certify that a true copy of the foregoing was filed through the CM/ECF system on April 19, 2026, which will send notification of such filing to the attorneys of record via the court-verified electronic mail addresses on file.

/s/ Daitona Carter