**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**SOLOS TECHNOLOGY LIMITED,**
 *Plaintiff,*

 **v.**

**META PLATFORMS, INC., et al.,**
 *Defendants.*

**Case No. 1:26-cv-10304-ADB**
Judge Allison D. Burroughs

**In re: DAITONA CARTER**
 *Proposed Intervenor.*

**EXHIBIT P**
**SUPPLEMENTAL DISCLOSURE OF DERIVATIVE INTEREST**
**META MATERIALS INC. ESTATE (CASE NO. 24-50792, D. NEV.)**

The following is submitted as a supplemental evidentiary disclosure pursuant to Federal Rule of

Civil Procedure 26(e), for inclusion in the record in support of the Movant's previously filed

submissions.

**I. Identification Of Technological Lineage**

This Exhibit documents a chain of development and custody relating to certain optical and

wearable display technologies:

**North Inc. → Intel Vaunt → Meta Materials Inc.**

The Movant identifies this sequence to demonstrate that assets presently within the Meta

Materials Inc. Bankruptcy Estate are alleged to derive from earlier technological

implementations.

**Ii. Timeline Of Prior Technical Activity (2017–2019)**

The Movant identifies the following prior activities as relevant to issues of priority, authorship, and derivation:

- **Exhibits M-32 / M-102 (2017)**

  Physical acquisition, modification, and integration of adhesive-backed optical film into eyewear assemblies.

- **Exhibit M-81 (2017)**

  Development of a wearable optical system design incorporating display and sensor elements.

- **Exhibit M-50 (October 2017)**

  Documented procedures for multi-layer optical stacking, alignment, and focal plane configuration.

- **Exhibits M-52 / M-53 (2019)**

  Development of the "Aria" designation, including associated system architecture and functional roadmap for multimodal eyewear.

**Iii. Corresponding Estate Patents And Assets**

The Movant identifies the following patents and commercial assets within the estate as relevant for comparison:

- U.S. Patent No. 11,298,052 (2022)

- U.S. Patent No. 11,477,427 (2022)

- U.S. Patent No. 11,199,649 (2021)

- Commercial assets associated with North Inc. and related entities

The Movant asserts that the above-listed prior activities may be relevant to determinations of anticipation, obviousness, and derivation.

## IV. Evidentiary Status

The Movant represents that additional corroborating materials—including procurement records and contemporaneous documentation from 2017—exist but are presently inaccessible due to conditions described in the Declaration dated April 19, 2026.

This statement is provided solely to preserve notice of the existence of such materials.

## V. Purpose Of Disclosure

This Exhibit is submitted to supplement the factual record and to identify materials and timelines the Movant contends are relevant to:

- priority of development,

- potential derivation, and

- the relationship between prior work and estate assets.

No independent relief is requested herein.


Daitona Carter, Pro Se
legal@daitonacarter.com (Public Correspondence)
[Address Withheld Pursuant to TVPA and 18 U.S.C. § 3521 Safety Referral]
Dated: April 20, 2026

# United States Bankruptcy Court, District of Nevada

## Meta Materials Inc.

Proof of Claim *(#poc)* | Proof of Interest *(#poi)* | Docket Sheets/Documents *(#docket)* | Electronic Bankruptcy Noticing *(#ebn)*

### Case Information

**LEAD CASE NUMBER:** 24-50792-GS

**ASSIGNED TO:** JUDGE GARY SPRAKER

**POINT OF CONTACT: HTTPS://WWW.NVB.USCOURTS.GOV/ABOUT-THE-COURT/CONTACT-INFORMATION/**
*(HTTPS://WWW.NVB.USCOURTS.GOV/ABOUT-THE-COURT/CONTACT-INFORMATION/)*

#### PROOF OF CLAIM

A Proof of Claim is a written statement and verifying documentation filed by a creditor that describes the reason the debtor owes the creditor money. Proof(s) of claim are to be filed in the bankruptcy case or bankruptcy case(s) against whom the claim is held.

**Proof of Claim form** *(https://www.uscourts.gov/forms-rules/forms/proof-claim-0)*

#### PROOF OF INTEREST

**https://www.nvb.uscourts.gov/downloads/forms/NVB 3001 - Proof of Interest.pdf**
*(https://www.nvb.uscourts.gov/downloads/forms/NVB 3001 - Proof of Interest.pdf)*

#### DOCKET SHEETS/DOCUMENTS

To obtain docket sheets or documents, log in to **PACER** *(https://ecf.nvb.uscourts.gov/)*

**https://www.nvb.uscourts.gov/case-info/voice-case-information-system-vcis** *(https://www.nvb.uscourts.gov/case-info/voice-case-information-system-vcis)* **/** *(https://www.nvb.uscourts.gov/case-info/voice-case-information-system-vcis/)*

#### ELECTRONIC BANKRUPTCY NOTICING

The National Creditor Registration Service (NCRS) is a free service provided by the U.S. Bankruptcy Courts to give creditors options to specify a preferred U.S. mail, e-mail address, or fax number to which bankruptcy notices should be sent. The National Creditor Registration Service website is primarily for creditors wishing to submit a preferred address or EBN (Electronic Bankruptcy Notice) agreement for noticing.

**https://www.nvb.uscourts.gov/electronic-case-filing/resources-documentation/electronic-bankruptcy-noticing/** *(https://www.nvb.uscourts.gov/electronic-case-filing/resources-documentation/electronic-bankruptcy-noticing/)*

Case 1:26-cv-10804-ADB  Document 95-3  Filed 04/20/26  Page 5 of 16



🖨 Print ⬇ PDF ✉ Email

# META® ARFUSION™ – SOLVING THE CHALLENGES OF FASHIONABLE, FUNCTIONAL AR SMART GLASSES

You've seen it in the movies. The hero, superhero (or cyborg) views the world through a visor or smart glasses. The system superimposes all kinds of useful, spatially aware information onto the surroundings, giving her, him (or it) critical guidance (or even superpowers). Meanwhile, here in the real world, we must still look down at our smartphone screens. All the big players in the mobile ecosystem – hardware, OS, apps, e-commerce, social media platforms, advertisers – want to be there when we put down our phones and put on AR smart glasses. What will it take to make this vision real?

There are two major challenges. First, all of the smart technology and electronics must fit into the format of traditional eyewear, so the AR smart glasses are stylish, lightweight, comfortable (and don't make you look like a cyborg). Second, the augmented reality display (and other components like eye-tracking cameras and sensors) must be embedded within prescription lenses, because more than

Case 1:26-cv-10304-ADB    Document 95-3    Filed 04/20/26    Page 6 of 16

50% of potential users require vision correction. At META, we're developing ARfusion™, which combines precision cast lens fabrication tools and functional metasurfaces, to provide AR wearable developers with a platform for seamlessly integrating smart technologies into thin lightweight prescription glasses.

# IN THE BEGINNING, A GREENER APPROACH TO CORRECTIVE LENSES

The ARfusion™ system was first developed by a Swiss company, Interglass Technology, as a more sustainable solution to producing prescription lenses, using a fraction of the material and energy compared to conventional processes. The lenses are directly cast into the final correction using a library of more than 2,000 reusable front and back molds. Acrylic monomer is injected between the two halves and cured with UV light in seconds. The halves are automatically separated, and the lens substrate is ready in approximately 1 minute, with no cleaning, polishing or post-production. The ARfusion™ coating process, based on plasma enhanced chemical vapor deposition (PECVD), is environmentally friendly and achieves superior scratch and abrasion resistance without using wet chemistry.

In a traditional cast plastic lens, 80% of the original lens blank material is wasted as the prescription is ground into the blank. With the same amount of material, ARfusion™ can produce five lenses. Grinding the semi-finished blank also requires 50–100 liters of water, which becomes filled with polymeric waste (micro plastic). In a standard thermal process, curing of lens blanks for up to 50 hours requires much more energy and process time compared to ARfusion™.

Case 1:26-cv-10304-ARR Document 95-3 Filed 04/20/26 Page 7 of 16

# GOALS FOR AR SMART GLASSES

To achieve widespread commercial adoption and ultimately become as ubiquitous as smartphones, AR glasses must be comfortable, affordable, natural looking, and easy to use. A successful solution needs to achieve high-quality images and a large field of view (FOV) in a fashionable, compact form factor, without adding excess weight. This means that the smart technologies (displays, filters, active dimming) must be embedded within a rugged, cast prescription lens.

# ARFUSION™ IS COMPATIBLE WITH A WIDE RANGE OF EMBEDDED SMART TECHNOLOGIES

The ARfusion process uses low strain thermoforming of functionalized films (such as holographic optical elements). The foils or other components are precisely aligned within the mold cavity. The low temperature (< 100° C) does not damage sensitive films. There is high adhesion of film materials, and components are protected with the final cast lens.

A variety of devices may be embedded within the cast lens, including waveguide and micro-displays, liquid crystal and electrochromic foils, micro-cameras and LEDs, polarized foils, sensor foils, holograms, flex circuits and antennas.

Case 1:26-cv-10304-ADB Document 95-3 Filed 04/20/26 Page 8 of 16

# META HAS ACQUIRED A SUITE OF MATERIALS, IP, AND PROPRIETARY EQUIPMENT FOR AR EYEWEAR PRODUCTION

In 2019, META acquired from North, Inc. the 1st and 2nd generation roll-to-roll holographic manufacturing technology originally developed by Intel for their Vaunt AR glasses. The 2nd generation line is capable of 100,000+ units per month, to support AR (augmented reality) and other holographic products, such as automotive HUD displays, laser glare protection, optical filters, diffractive optics, and other photonic applications. Capacity could be increased to 200,000 units per month with the addition of a second, eight-hour shift.

In November 2020, META signed a multi-year supply deal with Covestro Deutschland AG, which provides early access to new photo-sensitive holographic film materials, the building block of META's holographic product. This agreement not only allows unprecedented early access to Covestro's R&D library of photopolymer films but will help accelerate META's product development and speed of innovation. Target markets include photonics/optical filters and holographic optical elements, diffusers, laser eye protection, optical combiners, and AR (augmented reality) applications.

In February 2021, META acquired the assets and IP of Interglass, including second-generation, ALC5 lens casting equipment and related workstations and software, tools, and test equipment, along with intellectual property including patents, trademarks, know-how, technical data, proprietary software, designs, and trade secrets.

Case 1:26-cv-10304-ADB   Document 95-3   Filed 04/20/26   Page 9 of 16

Interglass has 35 international patents in the field of casting processes for high-quality plastic lenses or other optical components based on UV curing acrylics. In July 2021, META acquired a first-generation, Interglass ALC 4 system, formerly owned by North Inc., in Kitchener, Ontario.

# META'S HOLOGRAPHIC OPTICS CAPABILITY

META designs and fabricates holographic components that not only replace traditional lenses and mirrors but can provide optical solutions that are smaller, lighter, less expensive, and better tailored to customer needs. All of the optical workings of holographic components are compressed into a thin nanostructured layer of recording material. The most efficient embodiment is a volume holographic grating (VHG).

META stands ready to help AR platform developers meet the challenges of fashionable, functional AR smart glasses. The ARfusion™ platform brings together the two critical elements of embedded smart technology within a lightweight and prescription capable cast lens. Delivering on the vision of augmented reality is a complex engineering task. META brings together a vertical solution encompassing materials, holographic and optics expertise, specialized equipment, and IP.

**SHARE**

   

## Archives

| 2022 | + |
|---|---|
| 2021 | + |
| 2020 | + |
| 2019 | + |
| 2018 | + |
| 2017 | + |

RSS



Contact Us!

Case 1:26-cv-10304-ABB   Document 95-3   Filed 04/20/26   Page 11 of 16

First name*                                          Last name*

Company name*                                        Job title*

Email*

Message

Meta Materials Inc. is committed to protecting and respecting your privacy, and we'll only use your personal information to administer your account and to provide the products and services you requested from us. From time to time, we would like to contact you about our products and services, as well as other content that may be of interest to you. If you consent to us contacting you for this purpose, please tick below to say how you would like us to contact you:

☐ I agree to receive other communications from Meta Materials Inc..

In order to provide you the content requested, we need to store and process your personal data. If you consent to us storing your personal data for this purpose, please tick the checkbox below.

☐ I agree to allow Meta Materials Inc. to store and process my personal data.*

You can unsubscribe from these communications at any time. For more information on how to unsubscribe, our privacy practices, and how we are committed to protecting and respecting your privacy, please review our Privacy Policy.

COMPANY

Investors

Products

Technology

About Us

Contact Us

Case 1:26-cv-10304-ABB    Document 95-3    Filed 04/20/26    Page 12 of 16

OTHER

Privacy Policy

ISO 9001 Certification

Legal Notice

Product Support

Sitemap



Meta Materials Inc.
1 Research Drive / Dartmouth / Nova Scotia / Canada / B2Y 4M9

Tel: 1-902-482-5729
Email: info@metamaterial.com



© 2022 Meta Materials Inc. All rights reserved.

US009981410B2

(12) **United States Patent**

Kobrin et al.

(10) **Patent No.: US 9,981,410 B2**

(45) **Date of Patent: May 29, 2018**

(54) **METHOD OF FABRICATING CYLINDRICAL POLYMER MASK**

(71) Applicant: **METAMATERIAL TECHNOLOGIES USA, INC.,** Pleasanton, CA (US)

(72) Inventors: **Boris Kobrin**, Dublin, CA (US); **Oliver Seitz**, Berkeley, CA (US); **Bruce Richardson**, Los Gatos, CA (US); **Ian McMackin**, Pleasanton, CA (US); **Mukti Aryal**, Pleasanton, CA (US); **Bryant Grigsby**, Los Gatos, CA (US)

(73) Assignee: **METAMATERIAL TECHNOLOGIES USA, INC.,** Pleasanton, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days. days.

(21) Appl. No.: **15/236,240**

(22) Filed: **Aug. 12, 2016**

(65) **Prior Publication Data**

US 2017/0028594 A1      Feb. 2, 2017

**Related U.S. Application Data**

(60) Division of application No. 14/521,375, filed on Oct. 22, 2014, and a continuation of application No. (Continued)

(51) **Int. Cl.**
**B29C 39/10** (2006.01)
**B29C 33/38** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... **B29C 39/10** (2013.01); **B29C 33/3857** (2013.01); **B29C 33/424** (2013.01); (Continued)

(58) **Field of Classification Search**
CPC ....... B29C 33/424; B29C 53/34; B29C 35/02; B29C 33/3857; B29C 39/10; B29C 39/026; B29C 39/148; G03F 1/72; G03F 7/0002
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,320,344 A | 5/1967 | Slipp | |
| 3,515,798 A | 6/1970 | Sievert | |
| | (Continued) | | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 100398304 | 7/2008 | |
| CN | 101911249 A | 12/2010 | |
| | (Continued) | | |

OTHER PUBLICATIONS

Chinese Office Action for CN Application No. 201380035462.0, dated Feb. 1, 2016.

(Continued)

*Primary Examiner* — Alison L Hindenlang
*Assistant Examiner* — Mohamed K Ahmed Ali
(74) *Attorney, Agent, or Firm* — JDI Patent; Joshua Isenberg; Robert Pullman

(57) **ABSTRACT**

A cylindrical mask may be fabricated using a hollow casting cylinder and a mask cylinder. The casting cylinder has an inner diameter that is larger than the outer diameter of the mask cylinder. The casting and mask cylinders are coaxially assembled and a liquid polymer inserted in a space surrounding the mask cylinder between the inner surface of the casting cylinder and the outer surface of the mask cylinder. After curing the liquid polymer, the casting cylinder is removed. A surface of the cured polymer can be patterned. It is emphasized that this abstract is provided to comply with the rules requiring an abstract that will allow a searcher or

(Continued)



US011477427B2

(12) **United States Patent**

Wong

(10) **Patent No.:**   **US 11,477,427 B2**

(45) **Date of Patent:**        **Oct. 18, 2022**

(54) **3D LIGHT FIELD DISPLAYS UTILIZING MICRO-LED PIXEL ARRAYS AND METASURFACE MULTI-LENS ARRAYS**

(71) Applicant: **Herman Wong**, Markham (CA)

(72) Inventor: **Herman Wong**, Markham (CA)

(73) Assignee: **HUAWEI TECHNOLOGIES CO., LTD.**, Shenzhen (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/159,807**

(22) Filed: **Jan. 27, 2021**

(65) **Prior Publication Data**

US 2022/0239883 A1      Jul. 28, 2022

(51) **Int. Cl.**
| | |
|---|---|
| *H04N 13/111* | (2018.01) |
| *H04N 13/167* | (2018.01) |
| *H04N 13/133* | (2018.01) |
| *H04N 13/125* | (2018.01) |

(52) **U.S. Cl.**
CPC ......... *H04N 13/111* (2018.05); *H04N 13/125* (2018.05); *H04N 13/133* (2018.05); *H04N 13/167* (2018.05)

(58) **Field of Classification Search**
USPC ......................................................... 348/47
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,796,522 A | 8/1998 | Meyers | |
| 9,681,043 B2 | 6/2017 | Chen et al. | |

| | | | | |
|---|---|---|---|---|
| 2008/0204663 A1* | 8/2008 | Balogh | ................ | H04N 13/327 |
| | | | | 353/10 |
| 2013/0313517 A1 | 11/2013 | Choi | | |
| 2014/0022619 A1* | 1/2014 | Woodgate | .............. | G02B 30/28 |
| | | | | 359/240 |
| 2014/0146201 A1* | 5/2014 | Knight | ............... | H04N 9/04557 |
| | | | | 348/222.1 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| CN | 104427325 B | * | 4/2018 | ............. | G02B 27/22 |
| CN | 110515215 A | | 11/2019 | | |

(Continued)

OTHER PUBLICATIONS

M. Yamaguchi, "Light-field and holographic three-dimensional displays [Invited]," JOSA A 33, No. 12, 2348-2364; 2016.

(Continued)

*Primary Examiner* — Behrooz M Senfi

(57)        **ABSTRACT**

A three-dimensional (3D) light field display module is provided. The display module includes: a 3D pixel array of 3D pixels each made of a plurality of pixels, a metasurface multi-lens array (MLA) made of a plurality of metalenses, and an active matrix electrically coupled to the 3D pixel array for activating each of the plurality of pixels. The metasurface MLA is positioned parallel to the 3D pixel array, spaced therefrom and arranged such that each metalens of the plurality of metalenses is opposite and aligned with a corresponding 3D pixel of the plurality of 3D pixels for directing incident light rays emitted by the 3D pixel to different views. The 3D light field display module may be made with different parameters and can be used in large 3D TV or smartphones with 3D displays.

**20 Claims, 20 Drawing Sheets**



US011870135B2

## (12) United States Patent
### Saleh

(10) **Patent No.:** **US 11,870,135 B2**
(45) **Date of Patent:** **Jan. 9, 2024**

(54) **DUAL RESONANT WEARABLE ANTENNA**

(71) Applicant: **Imam Abdulrahman Bin Faisal University**, Dammam (SA)

(72) Inventor: **Gameel Saleh Mohammed Saleh**, Dammam (SA)

(73) Assignee: **Imam Abdulrahman Bin Faisal University**, Dammam (SA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 166 days.

(21) Appl. No.: **17/568,426**

(22) Filed: **Jan. 4, 2022**

(65) **Prior Publication Data**

US 2023/0216181 A1      Jul. 6, 2023

(51) **Int. Cl.**
*H01Q 1/27* (2006.01)
*H01Q 9/30* (2006.01)
*H01Q 1/38* (2006.01)

(52) **U.S. Cl.**
CPC .............. ***H01Q 1/273*** (2013.01); ***H01Q 1/38*** (2013.01); ***H01Q 9/30*** (2013.01)

(58) **Field of Classification Search**
CPC ............ H01Q 1/273; H01Q 1/38; H01Q 9/30; H01Q 1/44; H01Q 1/36
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2007/0285324 A1* 12/2007 Waterhouse .......... H01Q 1/273
                                                          343/718
2014/0159959 A1   6/2014 Rhoads et al.

2015/0048981 A1* 2/2015 Choi .................... H01Q 9/0407
                                                       343/718
2016/0049723 A1   2/2016 Baks et al.
2016/0190704 A1   6/2016 Celik

FOREIGN PATENT DOCUMENTS

CN        209434397 U     9/2019
IN        201611002456    7/2017

OTHER PUBLICATIONS

Ali, et al. ; Design and comparative analysis of conventional and metamaterial-based textile antennas for wearable applications ; Int J Numer Model 2019; 32 ; 17 Pages

* cited by examiner

*Primary Examiner* — David E Lotter
(74) *Attorney, Agent, or Firm* — Oblon, McClelland, Maier & Neustadt, L.L.P.

(57)        **ABSTRACT**

A resonant wearable antenna system includes a ground plane and an antenna structure positioned over the ground plane. The ground plane includes a first cloth substrate and an array of metamaterial (MTM) unit cells positioned on the substrate. At least one MTM unit cell includes four four-leaf-clover units arranged in a four-leaf-clover pattern and connected to a center unit. Each four-leaf-clover unit includes four leaf units arranged in a four-leaf-clover pattern and connected to a subcenter unit. The antenna structure includes a second cloth substrate and a conductive pattern positioned over the second cloth substrate. The antenna structure is configured to have a first resonant frequency below 1 GHz and a second resonant frequency higher than the first resonant frequency. The array of MTM unit cells is configured to reflect incident waves, from the antenna structure at the first resonant frequency and the second resonant frequency, in-phase.

**20 Claims, 11 Drawing Sheets**



US011199649B2

(12) **United States Patent**
Morgan et al.

(10) **Patent No.:  US 11,199,649 B2**
(45) **Date of Patent:     Dec. 14, 2021**

(54) **METAMATERIAL, FOCAL PLANE ARRAY FOR BROAD SPECTRUM IMAGING**

(71) Applicant: **The United States of America, as represented by the Secretary of the Navy**, Crane, IN (US)

(72) Inventors: **Timothy Allen Morgan**, Ellettsville, IN (US); **Benjamin R. Conley**, Bloomington, IN (US)

(73) Assignee: **The United States of America, as represented by the Secretary of the Navy**, Washington, DC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/997,994**

(22) Filed: **Aug. 20, 2020**

(65) **Prior Publication Data**

US 2021/0055454 A1     Feb. 25, 2021

**Related U.S. Application Data**

(60) Provisional application No. 62/889,725, filed on Aug. 21, 2019.

(51) **Int. Cl.**
  *G02B 1/00*       (2006.01)
  *G01J 5/08*       (2006.01)
  *G01J 5/20*       (2006.01)

(52) **U.S. Cl.**
  CPC ............ *G02B 1/002* (2013.01); *G01J 5/0853* (2013.01); *G01J 5/20* (2013.01); *G01J 2005/202* (2013.01)

(58) **Field of Classification Search**
  CPC ...... G02B 1/002; G02B 5/003; G02B 3/0056; G02B 3/0012; G01J 5/0853; G01J 5/20; G01J 2005/202; H01L 27/14812
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,765,609 B1 * | 7/2004 | Kinoshita | ............. | G01J 3/2823 250/390.07 |
| 2014/0061469 A1 * | 3/2014 | Hwang | ............... | H01L 27/1464 250/338.4 |
| 2014/0131559 A1 * | 5/2014 | Yen | ........................ | G02B 1/002 250/221 |
| 2016/0216201 A1 * | 7/2016 | Iwaszczuk | ................ | G01J 3/28 |
| 2017/0261377 A1 * | 9/2017 | Alves | ........................ | G01J 5/40 |
| 2018/0151338 A1 * | 5/2018 | Conley | .................. | H04N 5/332 |
| 2018/0350574 A1 | 12/2018 | Conley | | |
| 2020/0344430 A1 * | 10/2020 | Wang | ................. | H04N 5/35536 |

FOREIGN PATENT DOCUMENTS

WO     WO-2015109678 A1 *  7/2015   ........... B81B 3/0081

* cited by examiner

*Primary Examiner* — Christine S. Kim

(74) *Attorney, Agent, or Firm* — Naval Surface Warfare Center, Crane Division; Eric VanWiltenburg

(57) **ABSTRACT**

The present invention relates to a metamaterial focal plane array for broad spectrum imaging. Electromagnetic energy in the form of light is absorbed in or on a metamaterial absorber and a subsequent hot carriers are collected either in a semiconductor space charge region (e.g. P-N junction), or in some other modern collection scheme. Following the accumulation of photogenerated charge (electrons or holes), the signal is then converted to a digital signal using conventional or slightly modified ROIC modules.

**9 Claims, 3 Drawing Sheets**

