**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**SOLOS TECHNOLOGY LIMITED,**
　　*Plaintiff,*

　　**v.**

**META PLATFORMS, INC., et al.,**
　　*Defendants.*

**Case No. 1:26-cv-10304-ADB**
Judge Allison D. Burroughs

**In re: DAITONA CARTER**
　　*Proposed Intervenor.*

**NOTICE OF FILING SUPPLEMENTAL EXHIBITS**
**IN SUPPORT OF MOVANT'S MOTION FOR RECONSIDERATION**

Proposed Intervenor Daitona Carter, hereby gives notice of filing the following supplemental

exhibits to the record in support of her pending Motion for Reconsideration::

**Exhibit T-1:** Photographic Still of Virtual Technical Deliberation; Participant: John

Rossant; Metadata Date: August 5, 2020.

**Exhibit T=2:** Photographic Still of Virtual Technical Deliberation; Participant: Emily

Yates; Metadata Date: August 5, 2020.

**Exhibit T-3:** Photographic Record of Platform Interface; August 5, 2020. This exhibit

demonstrates the Movant's active presence and intent to provide technical input during

the virtual deliberation. The interface artifact confirms the Movant's contemporaneous

engagement with the platform and the participants.

These exhibits provide contemporaneous evidence of the Movant's proximity to key industry

figures and the technology's development timeline prior to the Defendants' public

announcements.

Respectfully submitted,

**/s/ Daitona Carter**
Daitona Carter, Pro Se Proposed Intervenor
legal@daitonacarter.com
Dated: April 24, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2026, I caused a true and correct copy of the foregoing Notice of Filing Exhibits, Declaration of Daitona Carter, and Exhibits T-1 and T-2 to be served via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Executed on April 24, 2026.

/s/Daitona Carter

Daitona Carter, Proposed Intervenor