**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SOLOS TECHNOLOGY LIMITED<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, OAKLEY, INC., LUXOTTICA OF AMERICAN, INC. AND ESSILORLUXOTTICA USA, INC.<br><br>Defendants. | Civil Action No. 1:26-cv-10304-ADB |

**NOTICE OF WITHDRAWAL OF MATTHIAS KAMBER AS ATTORNEY OF RECORD**

Matthias Kamber, attorney of record for Defendant Meta Platforms, Inc., and Meta Platforms Technologies, LLC has left the law firm of Paul Hastings LLP and hereby withdraws his appearance as attorney of record in the above-entitled case. Stephanie Adamakos, Lisa, Nguyen, and Eric Lancaster will continue to represent Defendant Meta Platforms, Inc., and Meta Platforms Technologies, LLC.

Dated: September 11, 2026

Respectfully submitted,

By:

*/s/ Stephanie N. Adamakos*
Stephanie N. Adamakos
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, D.C. 20036
Tel: (202) 551-1817
Fax: (202) 551-1705
stephanieadamakos@paulhastings.com

Lisa Nguyen (*pro hac vice*)
Eric Lancaster (*pro hac vice*)
**PAUL HASTINGS LLP**
1117 S. California Ave.
Palo Alto, CA 94304
Tel: (650) 320-1800
Fax: (650) 320-1990
lisanguyen@paulhastings.com
ericlancaster@paulhastings.com

*Attorneys for Defendant Meta Platforms, Inc. and Meta Platforms Technologies, LLC*