**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SOLOS TECHNOLOGY LIMITED<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, OAKLEY, INC., LUXOTTICA OF AMERICA, INC. AND ESSILORLUXOTTICA USA, INC.<br><br>Defendants. | Civil Action No. 1:26-cv-10304-ADB |

## DEFENDANTS' NOTICE OF *INTER PARTES* REVIEW FILINGS

Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively, "Meta"), and Defendants Oakley, Inc., Luxottica of America, Inc., and EssilorLuxottica USA, Inc. (collectively, "EssilorLuxottica") hereby notify the Court and all parties that petitions for *inter partes* review ("IPR") have been filed with the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office challenging each of the five patents asserted in Plaintiff Solos Technology Limited's ("Solos") Complaint (Dkt. 1): U.S. Patent Nos. 10,306,389 ("the '389 patent"), 10,651,866 ("the '866 patent"), 11,082,055 ("the '055 patent"), 11,871,174 ("the '174 patent"), and 12,216,339 ("the '339 patent") (collectively, the "Asserted Patents").

The IPR petitions, which were filed by Meta Platforms, Inc. and/or Luxottica of America, Inc., are identified below.

1. ’339 patent: IPR2026-00376, challenging claims 1-16, filed June 18, 2026 by Petitioners Meta Platforms, Inc. and Luxottica of America, Inc.;

2. ’055 patent: IPR2026-00412, challenging claims 1-10, filed August 7, 2026 by Petitioners Meta Platforms, Inc. and Luxottica of America, Inc.;

3. ’055 patent: IPR2026-00420, challenging claims 11-18, 21-22, 34-35, 38-41, 46, and 48-50, filed August 7, 2026 by Petitioners Meta Platforms, Inc. and Luxottica of America, Inc.;

4. ’174 patent: IPR2026-00413, challenging claims 1-28, filed August 14, 2026 by Petitioners Meta Platforms, Inc. and Luxottica of America, Inc.;

5. ’866 patent: IPR2026-00512, challenging claims 1-20, filed September 29, 2026 by Petitioners Meta Platforms, Inc. and Luxottica of America, Inc.; and

6. ’389 patent: IPR2027-00019, challenging claims 1-11, 17, 19-26, 30-33, and 35-40, filed October 26, 2026 by Petitioner Meta Platforms, Inc.

These petitions challenge every claim that Solos charts in the infringement claim charts attached to its Complaint (Dkt. 1, Exs. 7-11), namely claims 1, 2, and 5-7 of the ’339 patent; claims 1, 5, 7, and 10 of the ’055 patent; claims 1, 11, 12, 14, and 22 of the ’174 patent; claims 1, 5, 7, and 10-13 of the ’866 patent; and claims 1-3, 9, and 10 of the ’389 patent. Accordingly, all asserted claims of all patents asserted in this case are now the subject of pending IPR petitions.

On October 19, 2026, the Director of the United States Patent and Trademark Office issued a notice stating that, after review of discretionary considerations, IPR2026-00376 (the ’339 patent) will be reviewed for merits and non-discretionary considerations.

Defendants will promptly notify the Court of institution decisions and other material developments in these proceedings, and reserve all rights to seek appropriate relief, including a stay of this action pending resolution of the IPRs.

Dated: November 4, 2026

Respectfully submitted,

By: /s/ Eric E. Lancaster
Stephanie N. Adamakos (BBO #705076)
**PAUL HASTINGS LLP**
2050 M St. NW
Washington, DC 20005
Tel: (202) 551-1700
Fax: (202) 551-1705
Email: stephanieadamakos@paulhastings.com

Lisa Nguyen (*pro hac vice*)
Eric E. Lancaster (*pro hac vice*)
**PAUL HASTINGS LLP**
1117 S. California Ave.
Tel: (650) 320-1800
Fax: (650) 320-1990
Palo Alto, CA 94304
Email: lisanguyen@paulhastings.com
Email: ericlancaster@paulhastings.com

*Attorneys for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC*

/s/ Ali S. Razai
Katherine W. Soule (BBO #703965)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110
Tel: (617) 341-7700
Fax: (617) 341-7701
Email: katherine.soule@morganlewis.com

Ali S. Razai (*pro hac vice*)
Brandon G. Smith (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626

Tel: (714) 830-0600
Fax: (714) 830-0700
Email: ali.razai@morganlewis.com
Email: brandon.g.smith@morganlewis.com

Andrew V. Devkar (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: (310) 255-9070
Fax: (310) 907-1001
Email: andrew.devkar@morganlewis.com

*Attorneys for Defendants Oakley, Inc., Luxottica of America Inc., and EssilorLuxottica USA Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the Court's ECF system on November 4, 2026, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

By: *‌/s/ Eric E. Lancaster*
Eric E. Lancaster