**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

SOLOS TECHNOLOGY LIMITED

Plaintiff,

v.

META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, OAKLEY, INC., LUXOTTICA OF AMERICA, INC. AND ESSILORLUXOTTICA USA, INC.

Defendants.

Civil Action No. 1:26-cv-10304-ADB

**DEFENDANTS' NOTICE OF INSTITUTION OF *INTER PARTES* REVIEW**

Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC (collectively, "Meta"), and Defendants Oakley, Inc., Luxottica of America, Inc., and EssilorLuxottica USA, Inc. (collectively, "EssilorLuxottica") hereby notify the Court and all parties that the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office has instituted *inter partes* review ("IPR") on all claims for one of five asserted patents, U.S. Patent No. 12,216,339 ("the '339 patent").

On November 10, 2026, the PTAB instituted an IPR on the '339 Patent; a copy of the Institution Decision is attached as Exhibit A. The Final Written Decision for this IPR will issue by November 10, 2027.

Dated: November 23, 2026

Respectfully submitted,

By: */s/ Lisa K. Nguyen*

Stephanie N. Adamakos (BBO #705076)
**PAUL HASTINGS LLP**
2050 M St. NW
Washington, DC 20005
Tel: (202) 551-1700
Fax: (202) 551-1705
Email: stephanieadamakos@paulhastings.com

Lisa K. Nguyen (*pro hac vice*)
Eric E. Lancaster (*pro hac vice*)
**PAUL HASTINGS LLP**
1117 S. California Ave.
Tel: (650) 320-1800
Fax: (650) 320-1990
Palo Alto, CA 94304
Email: lisanguyen@paulhastings.com
Email: ericlancaster@paulhastings.com

*Attorneys for Defendants Meta Platforms, Inc. and Meta Platforms Technologies, LLC*

*/s/ Ali S. Razai*

Katherine W. Soule (BBO #703965)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110
Tel: (617) 341-7700
Fax: (617) 341-7701
Email: katherine.soule@morganlewis.com

Ali S. Razai (*pro hac vice*)
Brandon G. Smith (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626
Tel: (714) 830-0600
Fax: (714) 830-0700
Email: ali.razai@morganlewis.com
Email: brandon.g.smith@morganlewis.com

Andrew V. Devkar (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**

2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: (310) 255-9070
Fax: (310) 907-1001
Email: andrew.devkar@morganlewis.com

*Attorneys for Defendants Oakley, Inc., Luxottica of America Inc., and EssilorLuxottica USA Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the Court's ECF system on November 23, 2026, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

By: */s/ Lisa K. Nguyen*
Lisa K. Nguyen